UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SCHWARTZ E LIQUID, a California Corporation, and THUY NGUYEN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TWIST VAPOR FRANCHISING, LLC, a Florida limited liability company; THREE BROS., LLC d/b/a TWIST VAPOR, a Florida limited liability company; VAPING TREE, LLC, a Florida limited liability company; LEAF OF VAPE, LLC, a Florida limited liability company; BEANS OF VAPE, LLC, a Florida limited liability company; MUHANAD HILMI, an individual, d/b/a/ TWIST VAPOR CAFE; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:18-cv-02002-JVS-DFM<br><br>**ORDER GRANTING STIPULATED PERMANENT INJUNCTION AND REQUEST FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation for Permanent Injunction and Stipulated Request for Dismissal With Prejudice filed by plaintiffs The Schwartz E Liquid and Thuy Nguyen ("Plaintiffs") and defendants Twist Vapor Franchising, LLC, Three Bros., LLC d/b/a Twist Vapor, Vaping Tree, LLC, Leaf of Vape, LLC, Beans of Vape, LLC, and Muhanad Hilmi ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Defendants Muhanad Hilmi and Twist Vapor Franchising, LLC and each of their predecessors, successors, affiliates, employees, assigns, agents, representatives, heirs, and attorneys, agrees not to sell, distribute, advertise, market, or manufacture any products or services in connection with bearing the mark SEA 100 or any mark confusingly similar to Plaintiffs' NAKED 100 or NKD 100 marks ("Plaintiffs' Marks").

2. Defendants Muhanad Hilmi and Twist Vapor Franchising, LLC and each of their officers, directors, partners, agents, servants, employees, attorneys, representatives, confederates, and all persons and entities acting for with, by, through or under it, and any others within their control or supervision, and all others in active concert or participation with the above, is permanently enjoined and restrained, from using Plaintiffs' Marks, either alone or in combination with other words or symbols, in the marketing, sales, distribution, promotion, advertising, identification, or in any other manner in connection with any business in the United States.

3. Defendants Muhanad Hilmi and Twist Vapor Franchising, LLC and each of their officers, directors, partners, agents, servants, employees, attorneys, representatives, confederates, and all persons and entities acting for, with, by, through or under it, and any others within their control or supervision, and all others in active concert or participation with the above, be enjoined during the pendency of this action and permanently thereafter from using Plaintiffs' Marks in any form or manner that

Rutan & Tucker, LLP
attorneys at law

would tend to identify or associate Defendant's businesses or services with Plaintiffs or their products;

4. Defendants Muhanad Hilmi and Twist Vapor Franchising, LLC have no remaining products bearing Plaintiffs' Marks, and have removed or destroyed all literature, signs, labels, prints, packages, wrappers, containers, advertising materials, stationery, and any other items in their possession or control relating to Plaintiffs' products or bearing Plaintiffs' Marks;

5. Defendants Muhanad Hilmi and Twist Vapor Franchising, LLC have instructed any print directory, Internet directory, physical store, or website that it has caused to display Plaintiffs' Marks to cease using such marks at the earliest possible date;

6. The Parties have had the opportunity to consult with legal counsel of their choice and are fully informed and aware of the legal effect and consequences of this Stipulated Injunction;

7. Pursuant to the Parties' settlement agreement and stipulation, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all of the claims, counterclaims and defenses asserted in this action are hereby dismissed with prejudice, all Parties to bear their own costs and fees;

8. The Court shall retain jurisdiction over this matter subsequent to the dismissal of the action for the purpose of enforcing this injunction and the Parties' settlement agreement.

IT IS SO ORDERED.

Dated: October 30, 2019

_____
Hon. James V. Selna
United States District Court Judge

Rutan & Tucker, LLP
attorneys at law

2835/033984-0005
14221222 1 a10/30/19

-2-

[PROPOSED] ORDER GRANTING
STIPULATED PERMANENT INJUNCTION
AND REQUEST FOR DISMISSAL